# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:05–bk–00319–GBN

    LOUIS ANTHONY PADRON  Chapter: 7
    13217N 126TH DR
    EL MIRAGE, AZ 85335
    **SSAN:** xxx–xx–0680
    **EIN:**

    MELISSA JO PADRON
    aka MELISSA JO HOFMAN
    13217 N 126TH DR
    EL MIRAGE, AZ 85335
    **SSAN:** xxx–xx–1380
    **EIN:**

Debtor(s)

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

You are hereby notified that on December 8, 2006, this Court entered the enclosed judgment or order on the docket for the above–entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: December 8, 2006**

**Address of the Bankruptcy Clerk's Office:**  Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101  **Terrence S. Miller**
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

# CERTIFICATE OF SERVICE

```
District/off: 0970-2          User: rossp              Page 1 of 1              Date Rcvd: Dec 08, 2006
Case: 05-00319                Form ID: ntcntry         Total Served: 5

The following entities were served by first class mail on Dec 10, 2006.
db        +LOUIS ANTHONY PADRON,    13217N 126TH DR,    EL MIRAGE, AZ 85335-7205
db        +MELISSA JO PADRON,    13217 N 126TH DR,    EL MIRAGE, AZ 85335-7205
aty       +ALAN M. LEVINSKY,    BUCHALTER NEMER,    4600 E. SHEA BLVD., #100,    PHOENIX, AZ 85028-6031
aty        JOSEPH W. CHARLES,    PO BOX 1737,    GLENDALE, AZ  85311-1737
tr         LOTHAR GOERNITZ,    P.O. BOX 32961,    PHOENIX, AZ  85064-2961

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 10, 2006                              Signature: _/s/ Joseph Speetjens_