Louis A. Padron
13217 N 126th Dr.
El Mirage, AZ 85335

December 18, 2006


RECEIVED
DEC 2 0 2006
CLERK U.S. BANKRUPTCY
COURT, DIST. OF AZ

RE: Case No.: 2:05-bk-00319-GBN

U. S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003-1727

Dear U. S. Bankruptcy Court, Arizona:

Subject: Grant of Movant
to Clerk of the Court

    Though it is too late for the courts, for the record, I wish to submit documents of my payments to Ford Motor Credit after September of 2006. As stated in the Motion filed by Ford Motor Credit that they have not received payment from me since September of 2006, it is not entirely accurate. They had received September, October, and November's payment had been mailed before I received notice from attorney Alan Levinsky for Ford Motor Credit. I spoke to Ford Motor Credit Bankruptcy Specialist and was told I had missed a payment in April of 2006 and that I had been making the payments, but I had a balance of $1,146,70 but with my November payment of $435.00 and a MoneyGram payment in the amount of $711.70, it would bring my account current. I paid $733.00 instead of the $711.00. Once both payments cleared I contacted Alan Levinsky to verify that my account was now current, which he did, but was told it did not matter, he would go though with the court action anyway. I have included the online bank copies of the front and back of the checks from September through December to show I am current. I only have a little more than a year and half before the car is paid off and with my 80 miles a day commute, I have almost 110,000 miles accrued on the car. My car Kelly Blue books at a around $ 7,200.00 and is not worth the amount I still owe on the vehicle and also it will be needing tires soon and well as an oil leak that needs to be repaired which entails and my dealership employee price of close to $1,000.00 combined. I am hoping that I can still keep my car as it is the only vehicle I have at this time.

                                          Respectfully yours,
                                          Louis A. Padron

Enclosures (6)


www.fordcredit.com


**Ford Motor Credit Company**
**P.O. Box 537901**
**Livonia, MI 48153-7901**

Toll Free All States
1-800-955-8532

January 18, 2005

LOUIS A PADRON
13217 NORTH 126TH DRIVE
EL MIRAGE, AZ 85335

Re: 48063000000030991291
1FAFP42X32F194195

Ford Motor Credit Company ("Ford Credit") has recently been advised that you have filed a petition for bankruptcy. Because the automatic stay is now in effect, you will no longer be receiving a monthly invoice from Ford Credit on this account. Also, if you had payment election of Customer Electronic Funds Transfer (CEFT) or payroll deduction, it has been cancelled.

You can continue to pay Ford Credit voluntarily. The decision to pay voluntarily rests with you. This letter is provided solely for your benefit. This letter should be disregarded if you choose not to make voluntary payments to Ford Credit.

If you choose to pay voluntarily, such voluntary payments should be sent to the following address:

> Ford Motor Credit Company
> PO Box 7172
> Pasadena, CA 91109-7172

If you choose to voluntarily pay, please be sure that the above referenced account number is clearly indicated on your voluntary payment. Pursuant to the Retail Installment Contract executed by you, the amount called for monthly is $ **408.65** due on or before the **9th** day of each month.

Please be advised that Ford Credit will **only** continue to send monthly invoices to you if a court order is entered allowing the sending of the monthly invoice to you.

Sincerely,

Bankruptcy Specialist
National Bankruptcy Service Center

9/1/01

NBSC0034zp.doc

**Bank of America** **Higher Standards**

Online Banking

Search · Locations · Alerts · Mail · Help · Sign Off

Accounts | Bill Pay & e-Bills | Transfer Funds | Investments | Customer Service

Accounts Overview | Account Details | Account Summary | Find Transaction | Alerts | Open an Account

## Check Image – Front and Back

**Posting Date:** 09/20/2006    **Check #:** 1120    **Amount:** $850.00
**Reference:** 83250778902    **Account:** DDA-0349    **Nickname:**

LOUIS A. PADRON
MELISSA J. PADRON
13217 N. 126TH DRIVE
EL MIRAGE, AZ 85335

1120
91-170/1221 AZ

Date 9-7-06

Pay to the Order of Ford Motor Credit    $ 850.00

Eight hundred dollars and 00/100 Dollars

Bank of America
ACH R/T 122101706

For 00000067099129  Aug + Sept

⑈122101706⑈ 000119740349⑈ 1120   /000000850000/

BANK OF AMERICA, NA LAC
BANK OF AMERICA, NA LAC
09/19/06
CREDIT ACCT OF
00850002FORDCRED
PAYER: AEG MFS

091906

To print this page for reference purposes please use the print button on your browser or click "File" and "Print". More information about images and image availability.

Return to Account Activity

Lower your risk of identity theft
Because you can control the information you choose to release, you are the single best person to protect your information. Online Banking offers free features that can reduce your risk of identity theft.



Search · Locations · Alerts · Mail · Help · Sign Off

| Accounts | Bill Pay & e-Bills | Transfer Funds | Investments | Customer Service |

Accounts Overview    **Account Details**    Account Summary    Find Transaction    Alerts    Open an Account

## Check Image – Front and Back

**Posting Date:** 10/12/2006   **Check #:** 1125   **Amount:** $408.65
**Reference:** 83250482869   **Account:** DDA-0349   **Nickname:**

---

LOUIS A. PADRON
13217 N. 125TH DRIVE
EL MIRAGE, AZ 85335

Date 10-5-06

Pay to the Order of: Ford Motor Credit    $ 408.65

Four hundred eight dollars and 65/100 Dollars

Bank of America
ACH R/T 122101706

For 000000030991291

⑆122101706⑆ 000119740349⑈ 1125    ⑆000000408655⑆

---

1503004112FE 21011060630030991291
00408652FORDCRED

BANK OF AMERICA NA LKE
▶ 122000614 C2226 99 23
10/11/06

47602675581 ACCT OF
PAYEE; AEG MFS

10/12/06 E3250 01 P01
325048286-9

---

To print this page for reference purposes please use the print button on your browser or click "File" and "Print". More information about images and image availability.

[ Return to Account Activity ]

Lower your risk of identity theft
Because you can control the information you choose to release, you are the single best person to protect your information. Online Banking offers free features that can reduce your risk of identity theft.



Online Banking

Search · Locations · Alerts · Mail · Help · Sign Off

| Accounts | Bill Pay & e-Bills | Transfer Funds | Investments | Customer Service |
| Accounts Overview | Account Details | Account Summary | Find Transaction | Alerts | Open an Account |

## Check Image – Front and Back

**Posting Date:** 11/22/2006     **Check #:** 1134     **Amount:** $435.00
**Reference:** 83550798303     **Account:** DDA-0349     **Nickname:**

To print this page for reference purposes please use the print button on your browser or click "File" and "Print". More information about images and image availability.

[ Return to Account Activity ]

Lower your risk of identity theft
Because you can control the information you choose
to release, you are the single best person to protect
your information. Online Banking offers free features
that can reduce your risk of identity theft.

## Wal-Mart Receipt

WAL*MART
ALWAYS LOW PRICES.
Always

WAL*MART #3465
WE SELL FOR LESS
MANAGER H HOLLINGSWORTH
( 623 ) 872 - 0058
GLENDALE, AZ
ST# 3465 OP# 00003619 TE# 93 TR# 06662
MONEY GRAM    06811316335 2    733.00 0
MONEYGRAMFEE  06811316335 3      7.50 0
SUBTOTAL                         740.50
TOTAL                            740.50
CASH TEND                        750.50
CHANGE DUE                        10.00

# ITEMS SOLD 2

TC# 7032 3490 9196 5949 5114 3

11/20/06    19:41:45

Get 300+ generic scripts at $4 each,
up to a 30 day supply. Select states.

---

## MoneyGram ExpressPayment (Agent Copy)

Receive Code (Required): 5022
Account Number: 3099129
Company: FORD MOTOR CREDIT
Dollar Amount: $733.00
Sender Name: Louis NOT copia de la PADRON
Street: 13217 W 126th DR.
City: EL MIRAGE     State: AZ     Zip: 85335
Home Phone: 6235163623
Date: 11-20-06

Reference Number: 258911796
Dollar Amount: $733.00
Consumer Fee: $7.50
Total Collected: $750.50
Agent Employee Name: Donnie
MoneyGram Operator #: 3019

---

## Customer Copy

CUSTOMER COPY/COPIA DEL CLIENTE

WAL-MART #3465

5010 N 95TH AVE
GLENDALE, ARIZONA 853053042
6238720058

ExpressPayment(TM)

SEND/ENVIO

30038002346512B0005944
Date/Fecha: 11/20/2006   Time/Hora: 07:41 PM

Sender Information
Información de la persona envía
LOUIS A. PADRON
Phone/Teléfono: 6235183823

Receiver Information
Información de la persona que recibe
FORD NBSC
Account/Cuenta: 30991291

Reference/Referencia#          258917

Amount Transferred/
Cantidad del Envio             $733.(
Fee/Cargos                      $7.!
Discount/Descuento              $0.(
Total/Total                    $740.!

This Transaction is subject to the terms and condition
on the MoneyGram receipt Holder. / Esta Transacción
está sujeta a los terminos y condiciones que vienen en
la forma de recibo.

**Bank of America** — **Higher Standards**

**Online Banking**

Search · Locations · Alerts · Mail · Help · Sign Off

| Accounts | Bill Pay & e-Bills | Transfer Funds | Investments | Customer Service |

Accounts Overview    Account Details    Account Summary    Find Transaction    Alerts    Open an Account

# Check Image – Front and Back

**Posting Date:** 12/11/2006   **Check #:** 1136   **Amount:** $400.00
**Reference:** 84692553372   **Account:** DDA-0349   **Nickname:**

```
LOUIS A. PADRON                                          1136
MELISSA J. PADRON
13217 N. 126TH DRIVE
EL MIRAGE, AZ 85335             Date 12-2-06

Pay to the
Order of  Ford Motor Credit                   $ 400.00
         Four hundred dollars and 00/100 ———— Dollars

Bank of America
                              Dec
For 000000030991291                    [signature]

⑆122101706⑆ 000119740349⑈ 1136      ⑆00000040000⑆
```

To print this page for reference purposes please use the print button on your browser or click "File" and "Print". More information about images and image availability.

[ Return to Account Activity ]

Lower your risk of identity theft
Because you can control the information you choose
to release, you are the single best person to protect
your information. Online Banking offers free features
that can reduce your risk of identity theft.